IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELISSA REYNOLDS and
BOBBY REYNOLDS                                                                      PLAINTIFF

V.                          CASE NO. 4:18-CV-393-JM

SHELTR MUTUAL INSURANCE COMPANY                                      DEFENDANT

## ORDER

Pursuant to the joint stipulation of the parties, this case is dismissed with prejudice.

So ordered this 11th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE